502 A.2d 1239

**COMMONWEALTH of Pennsylvania, Petitioner,**

**v.**

**Darryl McBEE, Respondent.**

Supreme Court of Pennsylvania.

Dec. 27, 1985.

Petition for Allowance of Appeal GRANTED, No. 169 E.D. Appeal Docket 1985.